UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,

-against-

PEDRO BAUTISTA SANCHEZ,

                      Defendant.
------------------------------------------------------------X

**MEMORANDUM**

24 Cr. 455 (KMK)

TO:  <u>Kenneth M. Karas, United States District Judge:</u>

      Please find attached a transcript of the October 15, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: November 19, 2024
           White Plains, New York

                                                      Respectfully Submitted,

                                                        _/s/ Judith C. McCarthy_
                                                      JUDITH C. McCARTHY
                                                      United States Magistrate Judge